**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTOINE P. LeBLANC,<br><br>        Plaintiff,<br><br>  v.<br><br>C. WU, et al.,<br><br>        Defendants. | Case No. CV 16-01367 JLS (AFM)<br><br>**ORDER TO SHOW CAUSE** |

On February 26, 2016, plaintiff filed a Civil Rights Complaint while incarcerated at the California Health Care Facility in Stockton, California. On March 11, 2016, the Court dismissed plaintiff's complaint with leave to amend for the reasons that plaintiff's allegations appear insufficient to state any claim on which relief may be granted. Plaintiff was granted two extensions in which to file a First Amended Complaint, but as of the May 27, 2016 due date, a First Amended Complaint has not been filed.

Plaintiff shall show cause on or before **June 21, 2016**, why this action should not be dismissed due to plaintiff's failure to prosecute. The filing of a First Amended Complaint on or before June 21, 2016 shall discharge the order to show cause. Plaintiff is hereby cautioned that failing to comply with this Order and/or to

show cause, will result in the recommendation that this action be dismissed for failure to prosecute.

In addition, according to plaintiff's Complaint in the matter of *Antoine LeBlanc v. Debbie Asuncion, Warden*, Case No. CV 16-3617, plaintiff was transferred from the California Health Care Facility to the California State Prison Los Angeles County, in Lancaster, California on May 7, 2016. Plaintiff is advised that Local Rule 83-2.4 requires the Court be notified within five (5) days of any address change. In the future, plaintiff shall make a written filing that notifies the Court of any changes to his mailing address. If mail sent by the Clerk to plaintiff's address of record is returned as undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within five (5) days thereafter of plaintiff's current address, the Court may dismiss the action for want of prosecution. On the other hand, if mail sent by the Clerk to plaintiff's address of record is not returned as undeliverable, it will be presumed that plaintiff has received that mail.

The Clerk is directed to update plaintiff's address on the docket accordingly:

California State Prison Los Angeles County
44750 60th Street West
Lancaster, CA 93536

**IT IS SO ORDERED.**

DATED: 6/7/2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

2