# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE P. LeBLANC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. WU, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 17-01367 JLS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that

　　　　(1)　the Report and Recommendation of the Magistrate Judge is accepted and adopted;

　　　　(2)　the pending motion to dismiss is denied, in part (ECF No. 32);

　　　　(3)　the motion to dismiss is granted, in part, and the claims against all defendants in their official capacity are dismissed with prejudice; and

///

///

(4) defendants Wu and Morris are ordered to file an answer to the First Amended Complaint within thirty days of the Order.

DATED: May 3, 2017

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE