JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANTOINE LeBLANC, | Case No. CV 16-01367 JLS (AFM) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHENCONG WU, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice in favor of defendants.

DATED: November 16, 2018

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE